UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TOLA MAE JAMES, ET AL. | CIVIL ACTION NO. 21-cv-2407 |
| VERSUS | JUDGE S. MAURICE HICKS |
| P M G O P C O – WASHINGTON, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation (Rec. Doc. 32) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Rec. Doc. 34), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Rec. Doc. 10) is **GRANTED**. This case is remanded to the First Judicial District Court, Caddo Parish, Louisiana.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of September, 2022.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE